**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carmine Luste,

    Plaintiff

v.

U.S. Bank National Association,

    Defendant

Case No.: 2:25-cv-01526-JAD-NJK

**Order Overruling Objection and Adopting Report and Recommendation to Dismiss this Case**

[ECF Nos. 22, 24 ]

Carmine Luste sues the U.S. Bank National Association for alleged wrongs he suffered when the bank reversed a deposit into his account because a check he deposited was returned unpaid.[1]  Luste claims that the bank's failure to give him the funds from the $154,000.97 check has caused him to become homeless.  But it appears from the documents Luste himself has filed with this court that the check—seemingly written out for $154.97 but altered to add three zeroes and squeeze in the word "thousand"—bounced based on "not sufficient funds," preventing any money from being released to Luste.[2]

The magistrate judge has reviewed Luste's complaint and recommends that it be dismissed as frivolous and delusional.[3]  Luste objects to the magistrate judge's characterization and insists that the returned check was not the original check from the payor, but rather a "substitute check created by Defendant U.S. Bank" with defects that violate "the Check 21 Act."[4]  Because Luste's theory is inconsistent with the documents he has provided and standard

---

[1] ECF No. 1-1.

[2] ECF No. 7 at 9.

[3] ECF No. 22.

[4] ECF No. 24 at 3.

banking practices, as the magistrate judge points out,[5] **I OVERRULE his objection [ECF No. 24] and ADOPT the magistrate judge's report and recommendation [ECF No. 22] in its entirety.  IT IS THEREFORE ORDERED that this action is DISMISSED** with prejudice as frivolous and delusional.  The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 26, 2026

---

[5] ECF No. 22 at 2.

2